```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0184--CR (HRH)
                           "USA V GENE YEAMANS"
                          DEF 1.1 YEAMANS, GENE

       In public format, including terminated defendants, excluding terminated counsel
```

```
       Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
       Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
                 Filed: 12/13/00
                Closed: 04/26/01
  No. of Defendants: 1
       MJ Case Number: A00-0178--MJ
                   AKA:
       Location status: U.S. Custody
            Trial date:
            Terminated: YES
    Needs interpreter: NO
    Counsel of record: Kevin F. McCoy
                       Federal Public Defender
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3400
                       FAX 907-646-3480
                       Serve: YES
                         Type: FPD
                         Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Steven Skrocki
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial
```

Counts re: DEF 1.1 YEAMANS, GENE

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:2252A(a)(2)(A) RECEIPT OF CHILD PORNOGRAPHY (F) | Sentenced (49-1) |
| 1 - 1 IND | 2 | 18:2252A(a)(5)(B) POSSESSION OF CHILD PORNOGRAPHY (F) | Dismissed (49-1) |
| 1 - 1 IND | 3 | 18:2241(c) ATTEMPTED AGGRAVATED SEXUAL ABUSE OF A CHILD (F) | Dismissed (49-1) |
| 1 - 1 IND | 4 | 18:2241(a)(1) ABUSIVE SEXUAL CONTACT OF A CHILD (F) | Dismissed (49-1) |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A00-0184--CR (HRH)
                                 "USA V GENE YEAMANS"

                           In public format, for all filing dates


   Presiding Judge: The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 12/13/00
            Closed: 04/26/01
No. of Defendants: 1


Document #   Filed       Docket text

NOTE -   1   12/13/00    [Re: DEF 1] Certified cy of WOA issued in A00-178 MJ (AHB).

NOTE -   2   12/13/00    [Re: DEF 1] Verbal Notice of Arrest; defendant arrested 11/24/00 in
                         A00-178 MJ (AHB).

   1 -   1   12/13/00    [Re: DEF 1] PLF 1 Indictment.

   2 -   1   12/14/00    [Re: DEF 1] Documents 2-10 transferred from: A00-0178 MJ (AHB) to
                         A00-184 CR (HRH).

   3 -   1   12/14/00    [Re: DEF 1] AHB Grand Jury Minutes; no bail set (det per 18:3142); set
                         for arr and notify USM; in custody.

   4 -   1   12/14/00    [Re: DEF 1] AHB Minute Order that arr is set 2:00 p.m., 12/15/00.  cc:
                         USA, FPD, USM, PO

   5 -   1   12/19/00    [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 1/2/01.
                         cc: USA, FPD

   6 -   1   12/19/00    [Re: DEF 1] Transcript re:preliminary hrg (A00-0178MJ) held 12/08/00.

   7 -   1   12/20/00    [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen/Denali Elmore] of
                         arr on Indt (held 12/15/00); def plead not guilty; ptms due 1/2/01.

NOTE -   3   12/21/00    Issued: Notice of Speedy Trial Act ddlns to HRH CMC.

   8 -   1   12/27/00    DEF 1 Unopposed Motion to extend time for pretrial mots for 7 days from
                         01/02/01 w/att aff.

  8A-   1   12/29/00    [Re: DEF 1] PLF 1 discovery conf certificate.

   9 -   1   12/29/00    [Re: DEF 1] AHB Order grant unopposed motion to extend PTM ddln until
                         1/9/01. cc: USA, FPD

  10 -   1   12/29/00    DEF 1 Errata Notice to def's unopposed motion to extend PTM ddln.

  11 -   1   01/03/01    [Re: DEF 1] HRH Minute Order setting TBJ set for 02/20/01 at 9am & no
                         FPTC. cc: USA, FPD, USM, PO, MJ Branson, JC

  12 -   1   01/04/01    DEF 1 2nd Unopposed Motion to extend time on pretrial mots by 7 days
                         from 01/09/01.

  13 -   1   01/05/01    [Re: DEF 1] AHB Minute Order GRANTING unopposed mot (12-1); ptms now due
                         NLT NOON 1/19/01; oppos due NLT NOON 1/29/01; mots/oppos to be served
                         via hand deliver/facsimile; crt has reserved entire day of 2/2/01
                         beginning at 9:30 a.m., for any necessary hrg; parties to be notified by
                         further MO re: crt's determination re: necessity for hrg.  cc: cnsl

  14 -   1   01/16/01    DEF 1 motion to compel immediate production of all statements given by
                         defendant w/att aff & exh.

ACMS: R_RDSDI              As of 01/30/06 at 1:17 PM by PAM                          Page 1
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET ENTRIES FOR CASE A00-0184--CR (HRH)
                          "USA V GENE YEAMANS"

                   In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 2 | 01/16/01 | DEF 1 motion for shortened time re: 14-1 w/att aff & exh. |
| 15 - 1 | 01/16/01 | DEF 1 motion (request) for hearing re: motion to compel. |
| 15 - 2 | 01/16/01 | DEF 1 motion for shortened time re: 15-1. |
| 16 - 1 | 01/16/01 | [Re: DEF 1] AHB Minute Order granting motion for shortened time re: 14-1 (14-2), motion (request) for hearing re: motion to compel (15-1), motion for shortened time re: 15-1 (15-2); hrg re: mot to compel Immediate Production of all stmts given by def (15-1) set 1:00 p.m., 1/19/01.  cc: USA, FPD, USM, PO |
| 17 - 1 | 01/17/01 | DEF 1 Joint Motion to continue ddlns for pretrial motions w/att aff of cnsl. |
| 17 - 2 | 01/17/01 | DEF 1 Joint motion to vacate the current trial date w/att aff. |
| 17 - 3 | 01/17/01 | DEF 1 Joint Motion for an order declaring this case complex and unusual under the speedy trial act w/att aff of cnsl. |
| 17 - 4 | 01/17/01 | DEF 1 Joint Motion on shortened time re: motion to continue pretrial ddlns, vacate current trial date & declare this case complex and unusual under the speedy trial act w/att aff. |
| 18 - 1 | 01/18/01 | [Re: DEF 1] HRH Minute Order denying #17 with leave to renew after allowable discovery and initial motions. cc: USA, FPD, MJ Branson |
| 19 - 1 | 01/19/01 | DEF 1 motion for discovery of certain materials critcal to defense preparation and for an order permitting release of contraband w/att aff and request for hearing. |
| 20 - 1 | 01/19/01 | DEF 1 motion to suppress evidence. |
| 20 - 2 | 01/19/01 | DEF 1 motion for evidentiary hearing. |
| 21 - 1 | 01/19/01 | DEF 1 motion to sever the trial of counts I and II from the Trial of counts III & IV w/att memo. |
| 22 - 1 | 01/19/01 | DEF 1 motion to dismiss counts III & IV of the indictment, or in the alternative for a bill ofparticulars on Cts III and IV w/att memo & aff. |
| 23 - 1 | 01/23/01 | [Re: DEF 1] AHB Minute Order that ptms are due 1/26/01; reply due 3:00 p.m. 2/2/01; mots/oppos to be served on opposing cnsl by hand delivery or fax; hrg set 3;00 p.m. 2/5/01; parties advised that in event additional time is required crt has reserved 2/6/01 from 9:00 a.m. - 11:00 a.m.; no hrg wil be conducted on 2/2/01.  cc: USA, FPD, USM, PO |
| 24 - 1 | 01/24/01 | [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] re Hrg re: def's mot to compel immediate production of all statements given by def (held 1/19/01); granting motion to compel immediate production of all statements given by defendant (14-1); PTM ddln extended to 1/26/01; response to motions due 2/2/01; hrg on motions set for 2/5/01 at 3:00 p.m. & 2/6/01 from 9:00 a.m. to 11:0 a.m. cc: USA, FPD, USM, USPO |
| 25 - 1 | 01/26/01 | DEF 1 motion to suppress evidence w/att memo, aff & exhs. |
| 26 - 1 | 01/26/01 | DEF 1 motion (request) for evidentiary hearing on motion to suppress evidence. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A00-0184--CR (HRH)
                              "USA V GENE YEAMANS"

                     In public format, for all filing dates

Document #   Filed      Docket text

  27 -   1   01/26/01   DEF 1 motion for order directing the clerk to accept for filing five
                        video cassette tapes w/att aff.

  27 -   2   01/26/01   DEF 1 motion on shortened time re: order to accept for filing five video
                        cassette tapes w/att aff.

  28 -   1   01/26/01   PLF 1; DEF 1  Renewed Joint Motion for status conference to address
                        18:3161(h)(8)(A) and (b) w/att aff of cnsl & aff of cnsl (unseal).

  28 -   2   01/26/01   PLF 1; DEF 1  Renewed Joint motion on shortened time for status
                        conference to address 18:3161(b)(8)(A) & (B) w/att aff of cnsl & aff of
                        cnsl (underseal)

  29 -   1   01/29/01   [Re: DEF 1] AHB Order granting motion for order directing the clerk to
                        accept for filing five video (27-1), motion on shortened time re: order
                        to accept for filing five video cassette (27-2).  cc: USA, FPD, Intake

  30 -   1   01/29/01   [Re: DEF 1] AHB Minute Order granting motion (request) for evidentiary
                        hearing on motion to suppress evidence (26-1); terminating in light of
                        this order: motion for evidentiary hearing (20-2); parties shall follow
                        the ddlns set forth in dkt 23; if trial date is reset, crt will revise
                        the hrg calendar on pending mots.  cc: USA, FPD

  31 -   1   01/29/01   DEF 1 Exhs B-1, B-2, B-3, B-4, & B-5 (videos) re: DEF 1 motion to
                        suppress evidence. (20-1), DEF 1 motion to suppress evidence (25-1).
                        (located in expando file)

  32 -   1   02/01/01   [Re: DEF 1] HRH Order vacating 2/20/01 TBJ & resetting to 4/9/01; defs
                        mots ext to 2/9/01. cc: USA, USM, PTS, FPD, MJ Branson, JC

  33 -   1   02/01/01   [Re: DEF 1] AHB Minute Order that stat/sched conf is set 3:30 p.m.
                        2/1/01.  cc: USA, FPD, USM, PO

  34 -   1   02/02/01   [Re: DEF 1] AHB Court Minutes [ECR: Denali Elmore] of status/sched conf
                        (held 2/1/01); evid hrg set 2/5-2/6/01 VACATED; evid hrg reset for 9:30
                        a.m., 3/2/01 and 9:30 a.m., 3/5/01; govt's replies to all mots currently
                        filed 2/5/01; all new mots due 2/9/01 w/replies due 2/16/01.  cc: USA,
                        FPD, USM, PO

  35 -   1   02/05/01   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence
                        (20-1), DEF 1 motion to suppress evidence (25-1).

  36 -   1   02/05/01   [Re: DEF 1] PLF 1 response re: DEF 1 motion for discovery of certain
                        materials critcal to defense preparation (19-1).

  37 -   1   02/05/01   [Re: DEF 1] PLF 1 response (opposition) to DEF 1 motion to sever the
                        trial of counts I and II from the Trial of counts III & IV (21-1).

  38 -   1   02/05/01   PLF 1 response (opposition) to DEF 1 motion to dismiss counts III & IV
                        of the indictment, or in the alternative for a bill ofparticulars on Cts
                        III and IV  (22-1)

  39 -   1   02/12/01   DEF 1 Notice of Intent to change plea.

  40 -   1   02/12/01   [Re: DEF 1] PLF 1 Plea Agreement.

  41 -   1   02/14/01   [Re: DEF 1] HRH Minute Order rescheduling TBJ for PCOP on 2/15/01 at
                        8:30. cc: USA, USM, PO, FPD, MJ Branson, JC

ACMS: R_RDSDI              As of 01/30/06 at 1:17 PM by PAM                       Page 3
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A00-0184--CR (HRH)
                                "USA V GENE YEAMANS"

                          In public format, for all filing dates

Document #    Filed       Docket text

    42  -  1  02/15/01    [Re: DEF 1] AHB Minute Order that in light PCOP the 3/2 and 3/5/01 evid
                          hrg is VACATED.  cc: USA, FPD, USM, PO

    43  -  1  02/15/01    [Re: DEF 1] HRH Court Minutes [ECR: Elisa Singleton] PCOP, held 2/15/01;
                          changed plea to G ct 1; IOS 4/26/01 at 8:30, TBJ vacated. cc: USA, USM,
                          PO, FPD, JC, MJ Branson

    44  -  1  02/21/01    [Re: DEF 1] HRH Minute Order terminating in light of this order: motion
                          for discovery of certain materials critcal to defense preparation and
                          (19-1), motion to suppress evidence (20-1), motion to sever the trial of
                          counts I and II from the Trial of counts III & (21-1), motion to dismiss
                          counts III & IV of the indictment, or in the alternative (22-1), motion
                          to suppress evidence (25-1) as moot. cc: USA, FPD

    45  -  1  04/19/01    DEF 1 Sentencing Memorandum.

    46  -  1  04/23/01    [Re: DEF 1] PLF 1 Sentencing Memorandum, w/att underseal docs

    47  -  1  04/23/01    {SEALED}

    48  -  1  04/26/01    [Re: DEF 1] HRH Court Minutes [ECR: Bonnie Boyer] IOS, held 4/26/01,
                          sent 70 months, s/r 3 yrs, s/a $100; dismissed cts 2-4.

    49  -  1  04/26/01    [Re: DEF 1] HRH Judgment dismissed count(s) 2,3,4 of the Indictment
                          (1-1); pleaded guilty to count(s) 1 of the Indictment (1-1); sent 70
                          months, s/r 36 months, s/a $100. cc: USA, USM, PO, FPD, def (by FPD),
                          FLU, MJ Branson

    50  -  1  05/11/01    [Re: DEF 1] Partial Transcript re: IOS held 4/26/01.

    51  -  1  09/22/05    [Re: DEF 1] HRH Order and pet for prob modif; def to reside @ community
                          corrections center upon rls from impr for 120 days; def eligible for
                          work rls. cc: UPSO
```